FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2002 AUG 12 P 4: 29

CLERK'S OFFICE
BALTIMORE

_____DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

THEODORE J. GORDON, JR.            :
                                  :
        Plaintiff                 :
                                  :
    v.                            :    CIVIL ACTION NO. L-02-2577
                                  :
ROBERT MUELLER, DIRECTOR          :
Federal Bureau of Investigation   :
                                  :
        Defendant.                :
                                  :
                                  :
                             oOo

## ORDER

Upon motion of Defendant for an enlargement of time and there being good cause therefore, it is this /2 7h day of August 2002,

HEREBY ORDERED that Defendant, the United States, have until September 19, 2002 within which to answer or otherwise respond to the Complaint filed in this case.

_____
Benson Everett Legg
United States District Judge